UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| JAMES AND SHELLY TIMMONS INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF XT, | ) ) ) ) ) | C/A No. 4:15-cv-00638-RBH<br><br>CONSENT ORDER TO PERMIT EXTENSION OF TIME TO ANSWER COMPLAINT |
| PLAINTIFFS, | ) ) | |
| v. | ) ) | |
| UNITED STATES OF AMERICA, OLUKAYODE AKINJALA, M.D., HEALTH CARE PARTNERS OF SOUTH CAROLINA, INC., AND CONWAY MEDICAL CENTER, INC. | ) ) ) ) ) ) | |
| DEFENDANTS, | ) | |

This matter is before me on the Defendant United States of America's request with the consent of the Plaintiff's attorney to permit an extension of time to file an answer to the complaint in this matter for an additional fourteen days from its present due date.

The Court finds that the request is reasonable, and grants the Defendant United States shall have until March 18, 2016 to respond to the allegations of the Complaint.

AND IT IS SO ORDERED.

March 2, 2016                                           s/ R. Bryan Harwell
Florence, South Carolina                           R. Bryan Harwell
                                                                  United States District Judge

WE SO MOVE:

WILLIAM N. NETTLES
UNITED STATES ATTORNEY

BY: *s/Matthew J. Modica*
MATTHEW J. MODICA (#10226)
Assistant U.S. Attorney
151 Meeting Street, 2d Floor
Charleston, S.C. 29401
(843) 727-4381 (voice)
(843) 727-4443 (fax)
email: matthew.j.modica@usdoj.gov


WE CONSENT:

Solomon Law Group, LLC.

BY: *s/ Carl L. Solomon*
Carl l. Solomon, Esquire (#6684)
Post Office Box 1866
Columbia, SC 29202
Phone: (803) 391-3120
Fax: (803) 509-7033
E-mail: carl@solomonsclaw.com
ATTORNEYS FOR PLAINTIFFS