# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| James and Shelly Timmons, Individually and as Parents and Natural Guardians of X. T., <br><br> Plaintiffs, <br><br> v. <br><br> United States of America, Olukayode Akinjala, M.D., Health Partners of South Carolina, Inc. and Conway Medical Center, Inc., <br><br> Defendants. | Civil Action No.: 4:15-638-RBH <br><br><br><br> CONSENT ORDER TO HOLD SCHEDULING ORDER IN ABEYANCE |

The undersigned attorneys representing the respective parties in this matter have consulted regarding the due dates of the existing scheduling order (ECF #28), and given that there is now pending a Motion to Dismiss for Failure to State a Claim (ECF #31) and a Motion to Dismiss Due to Lack of Jurisdiction (ECF #32) that would end this matter before this Court, they have consented to request this Court to hold the existing scheduling order be held in abeyance pending the resolution of the motions,

IT IS HEREBY ORDERED that the Scheduling Order (ECF #28) be held in abeyance pending this Court's determination of the Motion to Dismiss for Failure to State a Claim and the Motion to Dismiss Due to Lack of Jurisdiction.

November 10, 2016  
Florence, South Carolina

s/ R. Bryan Harwell  
R. Bryan Harwell  
United States District Judge

WE SO CONSENT:

Solomon Law Group, LLC.

BY: *s/Carl I. Solomon*
Carl l. Solomon, Esquire (#6684)
Post Office Box 1866
Columbia, SC 29202
Phone: (803) 391-3120
Fax: (803) 509-7033
E-mail: carl@solomonsclaw.com
ATTORNEYS FOR PLAINTIFFS

BETH DRAKE
ACTING UNITED STATES ATTORNEY

BY: *s/Matthew J. Modica*
MATTHEW J. MODICA (#10226)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, S.C.  29401-2238
(843) 727-4381 (voice)
Email: matthew.j.modica@usdoj.gov
ATTORNEY FOR THE FEDERAL DEFENDANTS


BY: *s/Marian Williams Scalise*
Marian Williams Scalise (ID #6266)
Richardson, Plowden, & Robinson, P.A.
2103 Farlow Street, P. O. Box 3646
Myrtle Beach, SC 29578
(843) 443-3581
Email: mscalise@richardsonplowden.com
ATTORNEY FOR CONWAY MEDICAL CENTER, INC.