# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | | |
|---|---|---|
| James and Shelly Timmons, | ) | |
| Individually and as Parents and Natural | ) | Civil Action No.: 4:15-638-RBH |
| Guardians of X. T., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CONSENT ORDER TO DISMISS |
| | ) | OLUKAYODE AKINJALA, M.D. |
| | ) | AND HEALTH PARTNERS OF |
| | ) | SOUTH CAROLINA, INC |
| United States of America, Olukayode | ) | |
| Akinjala, M.D., Health Partners of | ) | |
| South Carolina, Inc. and Conway | ) | |
| Medical Center, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

The undersigned attorneys representing the respective parties in this matter have consulted regarding the naming of Olukayode Akinjala and Health Partners of South Carolina, Inc.[1] in this lawsuit and acknowledge that the Defendant United States is the only federal defendant to be named in this matter pursuant to Federally Supported Health Centers Assistance Act, 42 U.S.C. 233 (a) and (g)-(n), request this Court to dismiss Olukayode Akinjala and Health Partners of South Carolina from the above-captioned matter,

IT IS HEREBY ORDERED that Olukayode Akinjala and Health Partners of South Carolina, Inc. be dismissed from this matter with prejudice.

---

[1] In the caption Olukayode Akinlala named is misspelled and Health Care Partners of South Carolina, Inc. is misnamed. *See* ECF #25 United States of America's Disclosures Pursuant to Rule 26.01 of the Local Civil Rules, Par. (F) in which the correct spelling is Akinlaja and the correct name is Heath Care Partners of South Carolina, Inc.

November 15, 2016                           s/ R. Bryan Harwell
Florence, South Carolina                    R. Bryan Harwell
                                            United States District Judge



WE SO CONSENT:

Solomon Law Group, LLC.

BY: *s/Carl I. Solomon*
Carl l. Solomon, Esquire (#6684)
Post Office Box 1866
Columbia, SC 29202
Phone: (803) 391-3120
Fax: (803) 509-7033
E-mail: carl@solomonsclaw.com
ATTORNEYS FOR PLAINTIFFS

BETH DRAKE
ACTING UNITED STATES ATTORNEY

BY: *s/Matthew J. Modica*
MATTHEW J. MODICA (#10226)
Assistant U.S. Attorney
151 Meeting Street, Suite 200
Charleston, S.C.  29401-2238
(843) 727-4381 (voice)
Email: matthew.j.modica@usdoj.gov
ATTORNEY FOR THE FEDERAL DEFENDANTS



BY: *s/Marian Williams Scalise*
Marian Williams Scalise (ID #6266)
Richardson, Plowden, & Robinson, P.A.
2103 Farlow Street, P. O. Box 3646
Myrtle Beach, SC 29578
(843) 443-3581
Email: mscalise@richardsonplowden.com
ATTORNEY FOR CONWAY MEDICAL CENTER, INC.